No. 576. SIMONS, EXECUTOR, *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *George Trosk* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Lee A. Jackson* for the United States.

No. 577. HOWARD ET UX. *v.* WHEELER ET UX. Court of Appeals of Georgia. Certiorari denied. *Marvin G. Russell* for petitioners. *Carl A. Herbig* for respondents.

No. 138, Misc. HINES ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* and *Albert J. Ahern, Jr.* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 146, Misc. WADE ET AL. *v.* CONASAUGA RIVER LUMBER Co. C. A. 6th Cir. Certiorari denied. *Frank N. Bratton* for petitioners. *Aubrey F. Folts* and *W. Neil Thomas, Jr.* for respondent.

No. 160, Misc. CARTER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Fred Somkin* and *Thomas M. David* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 172, Misc. BOWMAN *v.* ALVIS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.